UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA RICKARD,<br><br>   Plaintiff,<br><br>   v.<br><br>RIVERSIDE COUNTY SHERIFFS DEPT., et al.,<br><br>   Defendants. | Case No. 5:20-cv-00539-JGB-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 19, 2020

_____

HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE